**Motion Granted; Abatement Order filed April 18, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00028-CV

_____

## NICHOLAS WHITE, MARK MOERSEN, TAURUS MANUFACTURING CO., AND OPTIMAS MANUFACTURING SOLUTIONS, INC., Appellants

## V.

## ZHOU PEI AND SHAUN WHITE, Appellees

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2005-54097**

## ABATEMENT ORDER

Appellants filed a notice of appeal from a judgment signed October 11, 2012. On January 17, 2013, within the trial court's plenary power, the court signed an order granting appellants' motion to modify, correct, or reform the judgment in part. On February 15, 2013, within the court's plenary power extended by the order modifying the judgment, the trial court vacated the final judgment in part with

respect to the settlement credit issue, so that the court could consider a settlement credit that was not included in the original judgment. *See* Tex. R. Civ. P. 329b(h). Accordingly, the judgment on appeal is no longer final.

On April 11, 2013, appellants filed a joint motion to stay the appeal pending the trial court's resolution of the settlement credit issue. On April 12, 2013, appellants advised this court that the motion is unopposed. We **GRANT** the motion and issue the following order:

We **ORDER** the appeal **ABATED** for a period of thirty days so that the trial court may resolve the settlement credit issue and sign a new judgment or order disposing of all remaining claims. Tex. R. App. P. 27.2 (permitting modification of an appealed order that is not final). A supplemental clerk's record containing the trial court's new judgment or order shall be filed with the clerk of this court on or before **May 20, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

2